UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OBRIAN LEWIS, | : | **3:19-CV-00234** |
| Plaintiff | : | (Judge Caputo) |
| v. | : | (Chief Magistrate Judge Schwab) |
| SUPERINTENDENT LAUREL HARRY, *et al.*, | : | |
| Defendants | : | |

# ORDER
January 21, 2020

Following a telephone conference with the parties and in accordance with the discussion at that conference, we ordered the defendants, among other things, to produce to the court *in camera* a response to Lewis's request regarding other lawsuits against the defendants. The defendants produced a list of lawsuits to the court *in camera*. Following our review of that list, **IT IS ORDERED** that the defendants shall produce that list to Lewis. One column of that list contains what appear to be internal numbers assigned to the cases by the Department of Corrections. The defendants may, if they so desire, redact that column before providing the list to Lewis.

**IT IS FURTHER ORDERED** that the defendants shall respond to Lewis's amended discovery request (*doc. 45*) and shall provide the court a copy of their response to that request.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge