UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OBRIAN LEWIS, | : | **3:19-CV-00234** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| SUPERINTENDENT LAUREL HARRY, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**
January 22, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that defendant Harry's motion (*doc. 61*) for summary judgment is **GRANTED**.  The Clerk of Court shall defer entering judgment until the conclusion of the case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge